Arthur D. Lord, appellee, v. Stanwood, Taylor & Company, appellant. Gen. No. 25,597.

Action on account stated to recover for work and services in selling a bond issue. Judgment for plaintiff. Appeal from the Circuit Court of Cook county; the Hon. Jesse A. Baldwin, Judge, presiding. Heard in the Branch Appellate Court at the October term, 1919. Reversed with finding of facts. Opinion filed October 13, 1920. Certiorari denied by Supreme Court (making opinion final).

Pam & Hurd, for appellant; Burrell J. Cramer, of counsel. Winston, Strawn & Shaw, for appellee; Edward W. Everett, of counsel.

Mr. Presiding Justice Barnes delivered the opinion of the court.

---

Joseph B. DeLee, appellant, v. Mrs. T. J. Hyman, appellee. Gen. No. 25,489.

Action to recover for medical services rendered. Judgment for defendant. Appeal from the Municipal Court of Chicago; the Hon. Leo J. Doyle, Judge, presiding. Heard in the Branch Appellate Court at the October term, 1919. Reversed and remanded. Opinion filed October 13, 1920.

Silber, Isaacs, Silber & Woley, for appellant. Cantwell, Smith & Cantwell, for appellee.

Mr. Justice Gridley delivered the opinion of the court.

---

George Meridith, administrator of estate of Kate Meridith, deceased, appellant, v. Chicago Railways Company, appellee. Gen. No. 25,498.

Action to recover for death of person struck by street car. Judgment for defendant. Appeal from the Superior Court of Cook county; the Hon. M. L. McKinley, Judge, presiding. Heard in the Branch Appellate Court at the October term, 1919. Affirmed. Opinion filed October 13, 1920.

William A. Sherwin, for appellant. Frank L. Kriete and William H. Symmes, for appellee; J. R. Guilliams and Joseph D. Ryan, of counsel.

Mr. Justice Gridley delivered the opinion of the court.

---

James A. Murphy, appellee, v. City of Park Ridge et al., appellants. Gen. No. 25,508.

Mandamus to compel city to collect unpaid instalments of special assessments. Judgment for petitioner. Appeal from the Circuit Court of Cook county; the Hon. Frank Johnston, Jr., Judge, presiding. Heard in the Branch Appellate Court at the October term, 1919. Affirmed. Opinion filed October 13, 1920. Rehearing denied October 23, 1920.

F. William Kraft, for appellants. George A. Mason, for appellee; Henry E. Mason, of counsel.

Mr. Justice Gridley delivered the opinion of the court.